IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EMMA FARRINGTON, on behalf of )
HOWARD FARRINGTON, )
)
      Plaintiff, )
)
v. )
) 1:15CV846
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security Administration, )
)
      Defendant. )

## ORDER

On March 1, 2017, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action. (ECF Nos. 12, 13.) Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation. (ECF No. 14.)

The court has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Judgment Reversing the Commissioner (ECF No. 8) is DENIED, Defendant's Motion for Judgment on the Pleadings (ECF No. 10) is GRANTED, the Commissioner's decision finding no disability is

AFFIRMED, and this action is DISMISSED WITH PREJUDICE. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 27th day of March, 2017.

/s/ Loretta C. Biggs
United States District Judge